UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Travelers Property Casualty Company of America,

                      Plaintiff,

-against-

Bilotta Home Center, Inc. et al,

                      Defendants.

1:18-cv-08455 (AJN) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties on November 14, 2019, it is hereby Ordered as follows:

1. No later than Thursday, November 21, 2019, the parties shall meet and confer and file a proposed schedule for the completion of discovery.

2. The Clerk of Court is directed to strike ECF Nos. 74, 75, 76 and 83 from the docket in their entirety. The Court was advised that the Answers filed at ECF Nos. 74 and 76 were filed in error and all parties consent to their removal. ECF Nos. 75 and 83 were filed in response to those Answers and, thus, will be stricken as well.

**SO ORDERED.**

DATED:    New York, New York
             November 15, 2019

_____
STEWART D. AARON
United States Magistrate Judge