UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Travelers Property Casualty Company of America,

Plaintiff,

—v—

Bilotta Home Center, Inc. et al,
Defendants.

---

18 CV 08455 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Due to the Court's unavailability, the post discovery conference previously scheduled for Friday, April 10, 2020 at 3:45 p.m. is hereby adjourned to Tuesday, April 21, 2020 at 3 p.m.

SO ORDERED.

Dated: Feb 21, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1