UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Travelers Property Casualty Company of America,

Plaintiff,

–v–

Bilotta Home Center, Inc., *et al.*,

Defendants.

18-cv-8455 (AJN)

ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2020
```

ALISON J. NATHAN, District Judge:

      In its Order of April 20, 2020, the Court adopted the parties' proposed briefing schedule for summary judgment motions, which called for affirmative motion papers to be filed by July 30, 2020. No party has filed a motion for summary judgment. The parties are directed to file a joint status report no later than September 11, 2020.

      SO ORDERED.

Dated: September 2, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge